Brendan Y. Joy (SBN 254959)
    E-Mail:  bjoy@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile:  (213) 330-4501

Attorneys for Defendant
SAMUEL A. FRYER YAVNEH ACADEMY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RODOLFO ARTIGA, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL A. FRYER YAVNEH ACADEMY, a California Nonprofit Public Benefit Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No:   2:22-cv-08735 AB (RAOx)<br><br>*[Removed from Los Angeles County Superior Court, Case No. 22STCV28736]*<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL PENDING DATES**<br><br>Complaint Filed:　September 1, 2022<br>Removal Date:　　December 1, 2022<br>Trial Date:　　　　June 25, 2024 |
|---|---|

1
JOINT NOTICE OF SETTLEMENT

FP 49976540.1

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT the Parties have reached a settlement of this matter and have agreed on all essential terms of a long-form agreement. The Parties anticipate the long-form agreement will be finalized and executed in the next seven (7) days, and that a dismissal will thereafter be filed within the next forty-five (45) days. Accordingly, the Parties request the Court vacate all currently pending hearing dates and trial dates and schedule a status conference for May 24, 2024, or a date thereafter convenient to the Court and which would be vacated if a dismissal is on file before the hearing date.

DATED: April 9, 2024    DOWNTOWN LA LAW GROUP LLP

By: /s/ Michael Juarez-Munoz
MICHAEL JUAREZ-MUNOZ
Attorneys for Plaintiff Rodolfo Artiga

DATED: April 9, 2024    FISHER & PHILLIPS, LLP

By: /s/ Brendan Y. Joy
BRENDAN Y. JOY
Attorneys for Defendant Samuel A. Fryer Yavneh Academy

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On April 9, 2024 I served the foregoing document entitled **JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL PENDING DATES** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Daniel Azizi<br>Michael Juarez-Munoz<br>Liliuokalani Martin<br>DOWNTOWN LA LAW GROUP<br>910 S Broadway, Suite 600<br>Los Angeles, CA 90015 | Attorneys for Plaintiff, RODOLFO ARTIGA<br><br>daniel@downtownlalaw.com<br>michael@downtownlalaw.com<br>lili@downtownlalaw.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed April 9, 2024 at Los Angeles, California.

Cina Kim                                       By: */s/ Cina Kim*
Print Name                                              Signature

1
CERTIFICATE OF SERVICE
FP 49976540.1