JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO ARTIGA, an individual, | Case No. 2:22-cv-08735 AB (RAOx) |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| SAMUEL A. FRYER YAVNEH ACADEMY, a California Nonprofit Public Benefit Corporation; and DOES 1 through 20, inclusive, | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 11, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.